Submitted on record and briefs July 24, reversed and remanded for reconsideration
November 4, 1992

In the Matter of the Compensation of
Richard A. Newton, Jr., Claimant.
LIBERTY NORTHWEST
INSURANCE CORPORATION
and United Parcel Service,
*Petitioners,*

*v.*

Richard A. NEWTON, JR.,
*Respondent.*
(WCB 91-02442; CA A73995)

839 P2d 289

Deborah L. Sather, Portland, filed the brief for petitioners. With her on the brief was Cooney, Moscato & Crew, P.C., Portland.

Philip F. Schuster, Portland, filed the brief for respondent.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron,* 114 Or App 64, 836 P2d 131 (1992).

Riggs, J., dissenting.

**RIGGS, J.,** dissenting.

I dissent for the reasons expressed in the dissent in *SAIF v. Herron*, 114 Or App 64, 72, 836 P2d 131 (1992) (Durham, J., dissenting).